[Cite as *IndyMac Fed. Bank, F.S.B. v. OTM Invests., Inc.,* 134 Ohio St.3d 358, 2012-Ohio-5496.]

INDYMAC FEDERAL BANK, F.S.B., APPELLEE, *v.* OTM INVESTMENTS, INC. ET AL.; ANTHONY, EXR., APPELLANT.

[Cite as *IndyMac Fed. Bank, F.S.B. v. OTM Invests., Inc.,* 134 Ohio St.3d 358, 2012-Ohio-5496.]

*Court of appeals' judgment reversed and cause remanded for further proceedings consistent with* Fed. Home Loan Mtge. Corp. v. Schwartzwald.

(No. 2011-1581—Submitted December 4, 2012—Decided December 5, 2012.)

APPEAL from the Court of Appeals for Medina County, No. 10CA0056-M, 2011-Ohio-3742.

_____

{¶ 1} The judgment of the court of appeals is reversed, and the cause is remanded to the trial court for further proceedings consistent with *Fed. Home Loan Mtge. Corp. v. Schwartzwald*, 134 Ohio St.3d 13, 2012-Ohio-5017, 979 N.E.2d 1214.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

_____

The Law Offices of John D. Clunk, Jason A. Whitacre, Laura C. Infante, and Christopher M. Kovach, for appellee.

Robert D. Anthony, pro se.

_____